No. 03–908. JOOS v. JOOS (MONTE). Ct. App. Utah. Certiorari denied.

No. 03–912. KNOX v. SMITH. C. A. 7th Cir. Certiorari denied.

No. 03–914. DELAWARE & HUDSON RAILWAY CO., INC., DBA CP RAIL SYSTEM v. MIX. C. A. 2d Cir. Certiorari denied.

No. 03–916. DeKALB GENETICS CORP. v. BAYER CROPSCIENCE, S. A. C. A. Fed. Cir. Certiorari denied.

No. 03–922. HERLING v. POTTER, POSTMASTER GENERAL. C. A. 7th Cir. Certiorari denied.

No. 03–926. GALDIKAS ET AL. v. FAGAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–927. RAMON v. LOCKHEED MARTIN CORP. C. A. 9th Cir. Certiorari denied.

No. 03–930. ROBERTS v. ARD. Ct. App. Ariz. Certiorari denied.

No. 03–936. MELZER v. BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–937. NEW ENGLAND HEALTH CARE EMPLOYEES PENSION FUND v. ERNST & YOUNG, LLP. C. A. 6th Cir. Certiorari denied.

No. 03–940. DAVIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–945. NOGUERAS-CARTAGENA ET AL. v. DEPARTMENT OF JUSTICE ET AL. C. A. 1st Cir. Certiorari denied.

No. 03–946. BOMBARDIER, INC., ET AL. v. SIMMONS, INC. C. A. Fed. Cir. Certiorari denied.

No. 03–947. MOTLEY v. VIRGINIA STATE BAR. Sup. Ct. Va. Certiorari denied.